UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIZEYAH CRUZ,

                    Plaintiff,

          -against-                                          25-CV-9212 (LTS)

WELLPATH; WESTCHESTER COUNTY;                    ORDER OF DISMISSAL
WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

     By order dated November 6, 2025, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

     The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    January 7, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge