UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIZEYAH CRUZ,

                         Plaintiff,

            -against-                                    25-cv-9212 (LTS)

WELLPATH; WESTCHESTER COUNTY;                           CIVIL JUDGMENT
WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                         Defendants.

For the reasons stated in the January 7, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    January 12, 2026
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge